MICHAEL T. PURCELL, WSBA #20707
520 SW Yamhill St., Suite 422
Portland, Oregon 97204
(503) 241-8203   fax (503) 241-1694
mpurcell@mpurcell.net

Attorneys for the Petitioner

FILED '05 SEP 16 12:35 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MARCOS ANTONIO ALVARADO-ZAPATA,<br><br>Petitioner,<br><br>vs.<br><br>ELIZABETH GODFREY, Officer in Charge, Detention and Removal Operations, U.S. Immigration and Customs Enforcement, Portland Office, and others<br><br>Respondents. | No. CV 05 14<br><br>Agency # A 27-539-542<br><br>**ORDER GRANTING TEMPORARY RELIEF** |

By order of this court, the respondents shall not remove the petitioner from the jurisdiction of this court during the pendency of these proceedings.

DATED THIS 16th day of Sept., 2005

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING TEMPORARY RELIEF- 1**
Case No. _____ Agency # A27-539-542

LAW OFFICE OF MICHAEL T. PURCELL
520 SW YAMHILL, SUITE 422
PORTLAND, OREGON 97204
503.241.8203  FAX 503.241.1694
mpurcell@mpurcell.net

Presented by:

*[signature: Michael Purcell]*

MICHAEL T. PURCELL, WSBA #85309
Attorney for Petitioner
520 SW Yamhill St., Suite 422
Portland, Oregon 97204
(503) 241-8203   fax (503) 241-1694
mpurcell@mpurcell.net

Z:\MyFiles\Client Files\Alvarado, Marco\04-temp order-OR.alvarado.wpd

**ORDER GRANTING TEMPORARY RELIEF- 2**
Case No. _____ Agency # A27-539-542